■ In the Matter of NYCREST CORP., Doing Business as HANDY STOP FOOD SHOPS, Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. —

Proceeding pursuant to CPLR article 78 to review a determination of the respondent, dated April 21, 1980 and made after a hearing, which found that the petitioner had violated section 65 of the Alcoholic Beverage Control Law and suspended its liquor license for 30 days, with a bond claim in the amount of $1,000. Determination confirmed and proceeding dismissed on the merits, with costs. Respondent's determination that petitioner violated subdivision 1 of section 65 of the Alcoholic Beverage Control Law was supported by substantial evidence on the record considered as a whole (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176; *Matter of Stork Rest. v Boland,* 282 NY 256). In addition, the penalty imposed was not so disproportionate to the offense as to be shocking to one's sense of fairness (see *Schaubman v Blum,* 49 NY2d 375; *Matter of Pell v Board of Educ.,* 34 NY2d 222). Mollen, P.J., Hopkins, Damiani and Titone, JJ., concur.